IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA | § | |
| | § | CIVIL ACTION NO. 7:12-cv-00274 |
| VS. | § | JURY DEMANDED |
| | § | |
| STARR COUNTY, TEXAS and VICTOR | § | |
| CANALES, JR. | § | |

## DEFENDANTS' NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Defendants, Starr County, Texas and Victor Canales, in the above-styled and numbered cause, and file this Notice of Appeal and in support thereof would show as follows:

1. Plaintiff filed her Original Petition on August 17, 2012. Defendants were served on August 29, 2012 and timely answered. Trial began before a jury on September 23, 2013 and the jury returned a verdict on September 24, 2013. On October 28, 2014, this Court entered its final judgment. Defendants now appeal such final judgment.

2. Notice is hereby given that Defendants, Starr County, Texas and Victor Canales, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered October 28, 2014 in this matter. This notice is timely filed.

Respectfully submitted,

By: /s/ Eileen M. Leeds
Eileen M. Leeds
*Attorney-in-Charge*
State Bar No. 00791093
USDC Adm. No. 16799

Jose Luis Caso
State Bar No. 24065018
USDC No. 1570664
*Of Counsel*

> Guerra, Leeds, Sabo & Hernandez, P.L.L.C.
> 1534 East 6th Street, Suite 200
> Brownsville, Texas 78520
> Telephone: 956-541-1846
> Facsimile: 956-541-1893
> *Of Counsel*
> **ATTORNEYS FOR DEFENDANTS STARR COUNTY, TEXAS AND VICTOR CANALES, JR.**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th of November, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Via Electronic Notice**
Mr. Michael Pruneda
The Pruneda Law Firm, P.L.L.C.
P.O. Box 1664
Pharr, Texas 78577

> By:  /s/ Eileen M. Leeds
>    Eileen M. Leeds